UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2021

Delshah 60 Ninth, LLC,

        Plaintiff,

–v–

Free People of PA LLC,

        Defendant.

20-cv-5905 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the pending discovery disputes in this matter, the case management conference scheduled for April 9, 2021, is adjourned to May 7, 2021, at 3:15 p.m.

SO ORDERED.

Dated: March 26, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge