USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 914: 14243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Delshah 60 Ninth, LLC, | |
| Plaintiff, | 20-cv-5905 (AJN) |
| –v– | ORDER |
| Free People of PA LLC, | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

In light of the extension of the discovery deadlines in this case, the post-discovery conference scheduled for July 30, 2021, is adjourned to September 3, 2021, at 3:15 p.m. The parties shall file their joint letter as set forth in the Court's May 5, 2021 Order (Dkt. No. 42) at least seven days before the scheduled conference.

SO ORDERED.

Dated: July 28, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge