UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delshah 60 Ninth, LLC,

              Plaintiff,

    –v–

Free People of PA LLC,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/21

20-cv-5905 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of the discovery deadlines in this case, the post-discovery conference scheduled for September 3, 2021, is adjourned to September 17, 2021, at 3:15 p.m. The parties shall file their joint letter as set forth in the Court's May 5, 2021 Order (Dkt. No. 42) at least seven days before the scheduled conference.

    The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.  If either counsel believes that the proceeding should be held remotely, counsel should confer with the other side and, no later than <u>three days</u> from this Order, submit a letter request to that effect.

    SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                              ALISON J. NATHAN
                                         United States District Judge