```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delshah 60 Ninth, LLC,

                 Plaintiff,

-v-

Free People of PA LLC,

                 Defendants.

20-cv-5905 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference in this matter is scheduled for Friday, September 17, 2021 at 3:15 PM. The conference may be accessed at that time by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: Septemner 16, 2021
       New York, New York

                                  ALISON J. NATHAN
                              United States District Judge