UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                Plaintiff,

-v-                                  CIVIL ACTION NO.: 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE OF PA LLC,             **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      On August 17, 2022, the Honorable Jesse M. Furman referred this matter to me for an inquest on damages, including attorneys' fees and costs. (ECF No. 119 at 9). Accordingly, the parties are directed to meet and confer regarding the inquest process, and file a joint letter by **Friday, September 2, 2022**, (i) proposing a briefing schedule, and (ii) indicating whether the parties would be interested in a settlement conference.

Dated:      New York, New York
              August 19, 2022

                                                SO ORDERED

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**