UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                 Plaintiff,

-v-

FREE PEOPLE OF PA LLC,

                 Defendant.

CIVIL ACTION NO.: 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 6, 2022, the Court adopted the parties' proposed briefing schedule regarding the inquest process. (ECF No. 126 at 1 (the "Sept. 6 Order")). According to the Sept. 6 Order, Plaintiff was directed to file and serve its damages brief (the "Brief") by November 14, 2022. (Id.) Plaintiff has not done so. Accordingly, by **Wednesday, November 16, 2022**, Plaintiff shall file the Brief. Failure to file the Brief will result in a Report and Recommendation that Plaintiff be awarded no damages.

Dated:     New York, New York
              November 15, 2022

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**