UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                Plaintiff,

-v-

FREE PEOPLE OF PA LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference concerning the pending damages inquest (ECF Nos. 119 at 9; 120), is scheduled for **Wednesday, July 5, 2023 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The parties shall be prepared to discuss their damages submissions (ECF Nos. 135–140-4; 142–144-3; 146–49), including the following specific topics:

1. Deferral of calculation of attorneys' fees and costs (and corresponding revisions to the parties' experts' reports);

2. Joint stipulated facts;

3. Scheduling oral argument and/or testimony from experts and other witnesses; and

4. The status of settlement discussions between the parties.

Dated:     New York, New York
             June 21, 2023

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge