UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                        Plaintiff,

-v-

FREE PEOPLE OF PA LLC,

                        Defendant.

CIVIL ACTION NO.: 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held today, July 5, 2023 (the "Conference"), the Court orders as follows:

1. By **July 20, 2023**, Plaintiff Delshah 60 Ninth, LLC shall file a revised report of its expert, Sharon Locatell ("Ms. Locatell"), revised <u>only</u> to exclude from Delshah's damages calculation attorneys' fees and costs associated with this litigation.

2. By **August 3, 2023**, Defendant Free People of PA LLC ("Free People") shall file a revised responsive report of its expert, Thomas Tener, limited to any changes Ms. Locatell makes in her revised report, or file a letter on the docket indicating that Free People will not file a revised report.

3. An in-person inquest hearing will be held on **Tuesday, September 19, 2023 at 10:00 a.m.**, in Courtroom 18A, 500 Pearl Street, New York, New York (the "Hearing").

4. By **August 31, 2023**, the Court will notify the parties whether there are factual questions on which the Court would like to hear live testimony and whether the Court wishes to hear from either party's expert at the Hearing.

5. By **September 8, 2023**, the parties shall file a joint letter setting forth which witness(es) and exhibit(s) they will present at the Hearing.

6. The parties shall order a transcript of the Conference and file it on the docket. By **July 10, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.

Dated:   New York, New York
         July 5, 2023

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |