UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                       Plaintiff,

   -v-

FREE PEOPLE OF PA LLC,

                      Defendant.

CIVIL ACTION NO.: 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 164, and the parties' respective exhibit lists at ECF Nos. 164-1 and 164-2.  By **September 13, 2023**, Plaintiff shall provide to the Court copies of exhibits "P-16," "P-17," and "P-18."  (See ECF No. 164-1 at 2).  Plaintiff shall do so via the Court's file-share system, instructions for which the Court previously emailed to counsel.

Dated:      New York, New York
            September 11, 2023

                      SO ORDERED.

                      SARAH L. CAVE
                      **United States Magistrate Judge**