UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                          Plaintiff,

-v-                                          CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE OF PA LLC,

                                             **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the inquest hearing held today, September 22, 2023 (the "Hearing"), the Court orders as follows:

1. By **September 25, 2023**, Plaintiff shall file Hearing exhibits "P-16," "P-17," and "P-18" on the docket, and Defendant shall file its Hearing presentation on the docket.

2. By **September 25, 2023**, the parties shall order a transcript of the Hearing and file it on the docket.

3. By **October 6, 2023**, the parties shall confer with their experts and with one another, and submit a revised version (clean and redlined) of their joint demonstrative exhibit comparing the parties' respective damages calculations (See ECF No. 170 at 2–5).

Dated:      New York, New York
             September 22, 2023

                                                      SO ORDERED

                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**