UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                     Plaintiff,

-v-                                          CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE of PA LLC,

                     **ORDER**

                     Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    By **December 22, 2023**, Defendant may file a response to Plaintiff's letter at ECF No. 180.

Dated:      New York, New York
             December 11, 2023

                                                     SO ORDERED.

                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**