UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                                Plaintiff,

-v-                                                 CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE of PA LLC,                            **ORDER**

                                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the September 22, 2023 inquest hearing (ECF No. 178 at 101), by **March 20, 2024**, the parties shall review the Court's March 13, 2024 Report and Recommendation (the "R&R"), meet and confer, and file a joint letter addressing whether the R&R contains any mathematical errors. The parties' joint letter shall <u>only</u> address perceived <u>mathematical errors</u>; the parties shall not raise any substantive disagreements with the R&R's analysis or objections to its conclusions or methodology, any of which shall be raised to the Honorable Jesse M. Furman. <u>See</u> 28 U.S.C. § 636 (b)(1)(c); Fed. R. Civ. P. 72(b)(2).

Dated:        New York, New York
               March 13, 2024

                                                         SO ORDERED.

                                                         _____
                                                         SARAH L. CAVE
                                                         **United States Magistrate Judge**