

1900 Bausch and Lomb Place
Rochester, New York 14604
**P** 585-987-2800 **F** 585-454-3968

1900 Main Place Tower
Buffalo, New York 14202
**P** 716-2483200 **F** 716-854-5100

www.woodsoviatt.com

Writer's Direct Dial Number: 716.248.3210
Writer's Direct Fax Number: 716.248.3310
Email: wsavino@woodsoviatt.com

April 8, 2024

**VIA CM/ECF ONLY**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk is directed to terminate ECF No. 191.

SO ORDERED.

April 9, 2024

  Re: **Delshah 60 Ninth v. Free People of PA**
     **Case Number: 20-cv-5905**

Dear Judge Furman:

  The undersigned, as co-counsel for plaintiff, Delshah 60 Ninth, LLC, writes the Court seeking a three (3) business day extension as requested below.

  On March 27, 2024, both plaintiff and defendant, Free People of PA LLC, filed objections to the Report and Recommendation of Magistrate Judge Sarah L. Cave dated March 13, 2024 (ECF Doc. No. 183). Accordingly, both plaintiff and defendant intended to reply to the opposing party's objection two days from now, on Wednesday, April 10, 2024.

  The chief executive officer of the plaintiff is a former practicing attorney who works intimately with counsel on all papers filed herein. Unfortunately, he just returned to the United States, has a very bad case of influenza, and is unable to use today, tomorrow, and Wednesday to finalize the draft counsel prepared in his absence.

  I have spoken twice this afternoon with counsel for the defendant who authorized me to report to this Court that his client has no objection to a mutual extension until Monday, April 15, 2024 of the time for the parties to submit their replies to the respective objections made pursuant to 28 U.S.C. §636(b)(1). There have been no previous requests for an adjournment or extension of this date. There are no upcoming appearances before the Court, and there are no other existing deadlines.

April 8, 2024
Page 2

      I hope this request does not inconvenience the Court and can be granted.

              Respectfully submitted,

              WOODS OVIATT GILMAN LLP

              William F. Savino
          Please direct responses to Buffalo Office

WFS/lah
cc:    Brian P. Morgan, Esq.
       William M. Connolly, Esq.

{9530889: } The art of representing people.®