UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                              Plaintiff,

-v-

FREE PEOPLE of PA LLC,

                              Defendant.

CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 1, 2024, the Honorable Jesse M. Furman issued an Opinion & Order (ECF No. 199 (the "O&O")) adopting the undersigned's March 13, 2024 Report and Recommendation, which recommended that Plaintiff Delshah 60 Ninth LLC ("Delshah") be awarded $5,956,144.10 in damages and that "the question of attorneys' fees and costs . . . be deferred until after" Judge Furman's decision as to damages. (ECF No. 183 at 2). Now having decided the damages issue, Judge Furman has re-referred this case "for a recommendation with respect to whether and to what extent to award attorney's fees and costs." (ECF No. 199 at 12).

In light of Judge Furman's re-referral, a telephone conference is scheduled for **Tuesday, November 19, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. In the interim, the parties are directed to meet and confer regarding Delshah's anticipated demand for attorneys' fees and costs.

Dated:       New York, New York
               November 4, 2024

                                                        SO ORDERED.

*/s/ Sarah L. Cave*

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2