UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DELSHAH 60 NINTH, LLC,  :  Civil Action No.: 20-cv-5905 (JMF)
:
:
Plaintiff,  :  **JUDGMENT**
:
-against-  :
:
FREE PEOPLE OF PA LLC,  :
:
Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

It is hereby **ORDERED, ADJUDGED AND DECREED**:

That for the reasons set forth in the Court's November 1, 2024 Opinion and Order Adopting Report and Recommendation [ECF No. 199] the Court adopts the Report and Recommendation of Magistrate Judge Sarah L. Cave, dated March 13, 2024 [ECF No. 183] in full. Judgment is entered for Plaintiff in the total amount of **$6,707,916.84**, including prejudgment interest.

This Judgment shall be a final judgment.

Post-judgment interest shall accrue under the federal rate pursuant to 28 U.S.C. § 1961.

This Judgment is without prejudice to a motion for contractual attorneys' fees and related non-taxable expenses pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, which shall be filed within forty-five (45) days from entry of this Judgment, and without prejudice to Defendant's right to oppose same.

Pursuant to the Court's Order Adopting in Part and Modifying In Part Report and Recommendation, dated August 17, 2022 [ECF No. 119], it is further

**ORDERED, ADJUDGED AND DECREED** that Defendant's Counterclaims are dismissed with prejudice. The Clerk of Court is directed to close the case.

December 20, 2024