UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                      Plaintiff,

-v-

FREE PEOPLE of PA LLC,

                      Defendant.

CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, January 27, 2025, a follow-up conference is scheduled for **Friday, March 7, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 143-756-595#, at the scheduled time and shall be prepared to discuss their willingness to participate in, and availability for, a settlement conference.

Dated:     New York, New York
           January 27, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**