UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                        Plaintiff,

   -v-                                  CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE of PA LLC,

                                        **ORDER**

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephonic conference scheduled for Friday, March 7, 2025 is RESCHEDULED to **Thursday, March 6, 2025 at 3:30 p.m**. The parties are reminded to call: (646) 453-4442; access code: 143-756-595#, at the scheduled time and shall be prepared to discuss their willingness to participate in, and availability for, a settlement conference.

Dated:       New York, New York
                February 3, 2025

                                                    SO ORDERED.

                                                   _____
                                                   SARAH L. CAVE
                                                   **United States Magistrate Judge**