UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DELSHAH 60 NINTH, LLC,

                      Plaintiff,

-against-

FREE PEOPLE OF PA LLC,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.: 20-cv-5905 (JMF)

## NOTICE OF MOTION TO STAY EXECUTION OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Free People of PA LLC n/k/a URBN US Retails LLC's ("Free People") Motion to Stay Execution of Judgment and For Approval of Supersedeas Bond and all prior pleadings and proceedings in the above-captioned case, Defendant/Counterclaim Plaintiff Free People, by and through its counsel, Faegre Drinker Biddle & Reath LLP, will move this Court, at a date and time to be determined by the Honorable Jesse M. Furman, to extend the stay of execution of the December 20, 2024 Judgment [ECF No. 215] against Free People and in favor of Plaintiff Delshah 60 Ninth, LLC ("Delshah"). Free People further moves for approval of its supersedeas bond as security for the stay.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served within fourteen days after service of the moving papers; and reply papers, if any, shall be served within seven days after service of the answering papers.

| | |
|---|---|
| Dated: New York, New York<br>January 21, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>By: */s/ Brian P. Morgan*<br>Brian P. Morgan<br>1177 Avenue of the Americas<br>41st Floor<br>New York, New York 10036<br>Telephone: (212) 248-3140<br>Facsimile: (212) 248-3141<br><br>-and-<br><br>William M. Connolly (admitted *pro hac vice*)<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br><br>*Attorneys for Free People of PA LLC*<br>*n/k/a URBN US Retail LLC* |

Application GRANTED. The Court hereby approves Defendant's supersedeas bond and grants the unopposed request for a stay of execution on the Judgment pending final resolution of appellate proceedings. The Clerk of Court is directed to terminate ECF No. 219.

SO ORDERED.

*[signature]*

February 27, 2025

- 2 -