UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                        Plaintiff,

-v-                                         CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE of PA LLC,
                                                    **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, March 6, 2025, Plaintiff Delshah 60 Ninth, LLC may file a Reply in Support of its Motion for Attorneys' Fees (ECF No. 225). Any such Reply may be a maximum of seven (7) pages and must be filed by **Thursday, March 20, 2025.**

Dated:      New York, New York
               March 6, 2025

                                                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**