UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                       Plaintiff,

  -v-                                       CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

FREE PEOPLE of PA LLC,

                                                   **ORDER**

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable Jesse M. Furman has referred to the undersigned the motion of Plaintiff Delshah 60 Ninth, LLC ("Delshah") for attorneys' fees and costs (the "Motion" (ECF Nos. 199; 225)). In the Motion, in addition to attorneys' fees, Delshah seeks an award of costs in the amount of $18,588.40. (See ECF No. 226 at 7). While some of these costs are apparent from the billing records (see ECF Nos. 225-2; 225-5; 225-7), Delshah has not provided a summary or breakdown of these costs, which will substantially facilitate the Court's evaluation of the reasonableness of the request for reimbursement of costs. Accordingly, by **Friday, July 25, 2025,** Delshah shall file a supplemental declaration providing a breakdown of the costs for which they are seeking reimbursement for each of the three firms that provided legal services to Delshah.

Dated:       New York, New York
               July 18, 2025

                                                      SO ORDERED.

                                                      _____
                                                     SARAH L. CAVE
                                                     **United States Magistrate Judge**