UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DELSHAH 60 NINTH, LLC,

                Plaintiff,

v.

FREE PEOPLE OF PA LLC,

                Defendant.
_____

**JUDGMENT**

Civ. No. 20-cv-5905 (JMF)

It is hereby **ORDERED, ADJUDGED AND DECREED**:

That for the reasons set forth in the Court's August 20, 2025 Order Adopting Report and Recommendation (ECF Doc. No. 243), the Court adopts the Report and Recommendation of Magistrate Judge Sarah L. Cave dated August 19, 2025 (ECF Doc. No. 239) in its entirety. Judgment is entered in favor of Plaintiff, Delshah 60 Ninth, LLC and against Defendant Free People of PA LLC in the amount of $672,644.08 in attorneys' fees, $18,588.40 in litigation costs, and $96,885.00 in expert costs for a total amount of **$788,117.48.**

This Judgment shall be a final judgment.

Post-judgment interest shall accrue under the federal rate pursuant to 28 U.S.C. §1961.

The Clerk of the Court is directed to close the case.

SO ORDERED.

*[signature]*

September 4, 2025