UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
: 
DELSHAH 60 NINTH, LLC, :
:
           Plaintiff, :
:       20-CV-5905 (JMF)
   -v- :
:         ORDER
FREE PEOPLE OF PA LLC, :
:
         Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      No later than **June 4, 2026**, the parties shall file a joint letter proposing next steps in this case in light of the Second Circuit's decision.  *See* ECF No. 248.

      SO ORDERED.

Dated: May 29, 2026
     New York, New York                _____
                                JESSE M. FURMAN
                             United States District Judge