UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

DELSHAH 60 NINTH, LLC,                   :

                       :

            Plaintiff,        :

                       :           20-CV-5905 (JMF)

     -v-                  :

                       :            ORDER

FREE PEOPLE OF PA LLC,             :

                       :

            Defendant.     :

                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **June 15, 2026**, at **3:30 p.m.**, in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.  The parties should be prepared to discuss their joint submission regarding next steps.  *See* ECF No. 251.

     SO ORDERED.

Dated: June 8, 2026
      New York, New York                 JESSE M. FURMAN
                                   United States District Judge