

faegredrinker.com

**Brian P. Morgan**
Partner
brian.morgan@faegredrinker.com
212-248-3272 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

The in-person conference previously scheduled for June 15, 2026 is hereby ADJOURNED to **June 23, 2026 at 4:15 p.m.**

June 8, 2026

**VIA CM/ECF**

SO ORDERED.

Judge Jesse M. Furman
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

June 9, 2026

**Re:    *DELSHAH 60 Ninth, LLC v. Free People of PA, LLC*, Case No. 20-cv-5905**

Dear Judge Furman:

We represent Defendant/Counterclaim Plaintiff Free People of PA LLC n/k/a URBN US Retail LLC in the above-captioned matter. We write regarding the Court's Order of June 8, 2026 [ECF No. 252], directing the parties to appear for an in-person conference on June 15, 2026 at 3:30 p.m. The undersigned will be traveling to Chicago next week for previously scheduled meetings and respectfully requests that the Court reschedule the conference for an alternative date. There have been no prior requests for an adjournment of the conference. We have conferred with counsel for DELSHAH 60 Ninth, LLC and both parties are available on the afternoon of June 22 and at the Court's convenience on June 23, 24 and 25. There are no other scheduled appearances before the Court, nor are there any existing deadlines.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Brian P. Morgan*

Brian P. Morgan

cc:    All Counsel of Record (via/CM/ECF)

DMS_US.377809398.1