UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                    :

DELSHAH 60 NINTH, LLC,           :

                     :

           Plaintiff,     :

                     :          20-CV-5905 (JMF)

      -v-              :

                     :            ORDER

FREE PEOPLE OF PA LLC,      :

                     :

           Defendant.   :

                     :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the conference held earlier today, Defendant shall file any motion with respect to next steps — i.e., what, if anything, remains for this Court to decide in light of the Second Circuit's decision and Delshah's bankruptcy proceedings — no later than **July 23, 2026.** Plaintiff shall file an opposition no later than **August 31, 202**6. Defendant's reply, if any, shall be filed no later than **September 14, 2026.** Unless and until the Court orders otherwise, the parties' principal briefs shall not exceed 8,750 words each, and Defendant's reply shall not exceed 3,500 words. See Local Civil Rule 7.1(c).

       By separate Order to be entered today, the case is being referred to Magistrate Judge Cave for settlement purposes only. The parties shall contact Magistrate Judge Cave's chambers no later than **June 26, 2026**, to schedule a settlement conference to take place as soon as possible.

       SO ORDERED.

Dated: June 23, 2026
       New York, New York                 _____
                                     JESSE M. FURMAN
                                United States District Judge