UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELSHAH 60 NINTH, LLC,

                        Plaintiff,

    -v-

FREE PEOPLE of PA LLC,

                        Defendant.

CIVIL ACTION NO. 20 Civ. 5905 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been re-referred to the undersigned for settlement.  (ECF No. 257).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **June**

**30, 2026, at 2:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855)

244-8681; access code: 2308 226 4654, at the scheduled time.  The parties shall be prepared to

discuss their availability, and that of their clients, for a Settlement Conference, as well as their

preferred format for the Settlement Conference (in-person, by telephone, or by videoconference

hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:        New York, New York
              June 24, 2026

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**