faegre drinker

faegredrinker.com

**Brian P. Morgan**
Partner
brian.morgan@faegredrinker.com
212-248-3272 direct

**Faegre Drinker Biddle & Reath LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

July 9, 2026

**VIA CM/ECF**

Judge Jesse M. Furman
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

**Re: *DELSHAH 60 Ninth, LLC v. Free People of PA, LLC*, Case No. 20-cv-5905**

Dear Judge Furman:

We represent Defendant/Counterclaim Plaintiff Free People of PA LLC n/k/a URBN US Retail LLC ("Free People") in the above-captioned matter. Pursuant to the Court's Amended Order of Reference to a Magistrate Judge [ECF 257], the parties will be participating in a settlement conference with Magistrate Judge Sarah L. Cave on August 3, 2026 at 2:00 p.m. [ECF 259]. As Your Honor suggested during the June 23, 2026 in-person conference, Free People believes that the parties' efforts would be better spent preparing for the settlement conference rather than engaging in potentially unnecessary motion practice. As such, we respectfully request that the briefing schedule on Free People's motion with respect to next steps, to the extent such a motion is still needed following the settlement conference, be revised as follows:

- Free People shall file the motion by August 24, 2026 (as opposed to July 23, 2026);
- DELSHAH 60 Ninth, LLC ("Delshah") shall file its opposition by September 30, 2026 (as opposed to August 31, 2026); and
- Free People shall file its reply by October 14, 2026 (as opposed to September 14, 2026).

There have been no previous requests for an adjournment, and adjusting the schedule will not impact any other existing deadlines.

We reached out to counsel for Delshah on Friday, July 3, to seek Delshah's consent to this request, but as of the date hereof Delshah's counsel had not been able to discuss the request with Delshah due to vacation schedules.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Brian P. Morgan*

Brian P. Morgan

cc: All Counsel of Record (via/CM/ECF)

The Court is inclined to agree that the parties' energies are better spent focusing on settlement. That said, Delshah is invited to respond to this proposal no later than July 13, 2026.

SO ORDERED.

July 9, 2026